# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 9, 2026

Thomas B. Plunkett, III
Clerk

No. 26-20618

Landscape Consultants of Texas, Incorporated; Metropolitan Landscape Management, Incorporated,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

City of Houston, Texas,

*Defendant—Appellant/Cross-Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-3516

UNPUBLISHED ORDER

Before Stewart, Richman, and Haynes, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant/Cross-Appellee's motion to grant an immediate interim stay of the District Court's injunction is DENIED as moot.

IT IS FURTHER ORDERED that Appellant/Cross-Appellee's motion to grant a stay of the injunction pending the resolution of the City's appeal without requiring a bond is DENIED.